UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**The Assisted Mediation Pilot Program**

---

Stephen L. Scheidel,

        Plaintiff in *Pro Persona*,

    v.                             **Case No.** 5:09-CV-114 (GTS/GHL)

Federal Deposit Insurance Corporation,

        Defendant.

---

**ORDER REMOVING CASE FROM ASSISTED MEDIATION PROGRAM AND RELIEVING SPECIAL MEDIATION COUNSEL**

The above-entitled action was entered into the Northern District of New York Assisted Mediation Program by Order of this Court; and the Special Mediation Counsel having informed this Court that the mediation has concluded and that no further session or follow-up is contemplated, it is now therefore,

**ORDERED**, that this case is removed from the Assisted Mediation Program; and it is further

**ORDERED**, that the responsibilities of Special Mediation Counsel in this matter have concluded and counsel is relieved.

IT IS SO ORDERED

November 3, 2009
Dated

\_\_\_\_ United States District Judge
✓ United States Magistrate Judge