# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**STEPHEN L. SCHEIDEL**,

        Plaintiff,

  vs.                                         **CASE NUMBER: 5:09-CV-114**
                                                     **(GTS/GHL**)

**FEDERAL DEPOSIT INSURANCE
CORPORATION**,

        Defendant.

**Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss for lack of subject-matter jurisdiction and/or failure to state a claim upon which relief can be granted is granted; and plaintiff's motion for summary judgment is denied.  Plaintiff's motion to amend the complaint is denied. Plaintiff's amended complaint is dismissed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 28th day of September, 2010.

DATED: September 28, 2010

Clerk of Court

s/ _____
L. Welch
Deputy Clerk